B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Rand International, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Rand International Acquisition I, LLC |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 20-8825903 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>51 Executive Blvd.<br>Farmingdale, NY<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Suffolk<br>ZIP CODE 11735 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7  ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor Rand International, LLC

Case No._____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Paul Su        Paul Su, Manager
Signature of Petitioner or Representative (State title)
Sales Chief Ent. (Hong Kong) Co., Ltd
Name of Petitioner        Date Signed
                         3/3/2010

Name & Mailing Address of Individual Signing in Representative Capacity: 11f, -3, No.21, Sec. 6 Zhongxiao E. Rd. Nangang District, Taipei 115 Taiwan

x_____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

x /s/ Joseph Sandbrook
Signature of Petitioner or Representative (State title) 3/3/2010
Joseph Sandbrook
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
199-12 19th Avenue
Whitestone, NY 11357

x_____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

x /s/ Chandler Armistead, President
Signature of Petitioner or Representative (State title)
Bargain Furniture Inc.        3/3/2010
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
P.O. Box 5817
Statesville, NC 28687

x_____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sales Chief Ent. (Hong Kong) Co., Ltd. | Trade Debt | 972,679.16 |
| Joseph Sandbrook | Trade Debt | 19,800.00 |
| Bargain Furniture Inc. | Trade Debt | 10,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims 7,252,821.97

_4_ continuation sheets attached

Name of Debtor: Rand International, LLC
Case No.: _____

## Involuntary Petition Continuation Schedule

### Transfer of Claim
[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003 (a)

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chpater of title 11, United States Code, specified in this petitoin. If any petitioner is a foreign represntative appionted in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is ture and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Allen Goldmeier, Mgr. | x /s/ Gary M. Kushner    Gary M. Kushner |
| Executive Importers, LLC    3/3/2010 | Signature of Attorney        Date 3/3/2010 |
| Name of Peitioner    Date Signed | Name of Attorney Firm (If any) Forchelli, Curto, Deegan Schwartz, Mineo, Cohn & Terrana, LLP |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Allen Goldmeier, 1 Blueberry Lane, Oyster Bay, NY 11771 | Address 333 Earle Ovington Blvd, Suite 1010 Uniondale, NY 11553  Telephone No. (516) 248-1700 |
| x /s/ Allen Goldmeier, Mgr. | x /s/ Gary M. Kushner    Gary M. Kushner |
| Century Sports, Inc.    3/3/2010 | Signature of Attorney        Date 3/3/2010 |
| Name of Peitioner    Date Signed | Name of Attorney Firm (If any) Forchelli, Curto, Deegan Schwartz, Mineo, Cohn & Terrana, LLP |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Allen Goldmeier, 1 Blueberry Lane, Oyster Bay, NY 11771 | Address 333 Earle Ovington Blvd, Suite 1010 Uniondale, NY 11553  Telephone No. (516) 248-1700 |
| x /s/ Allen Goldmeier | x /s/ Gary M. Kushner    Gary M. Kushner |
| Allen Goldmeier    3/3/2010 | Signature of Attorney        Date 3/3/2010 |
| Name of Peitioner    Date Signed | Name of Attorney Firm (If any) Forchelli, Curto, Deegan Schwartz, Mineo, Cohn & Terrana, LLP |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Allen Goldmeier, 1 Blueberry Lane, Oyster Bay, NY 11771 | Address 333 Earle Ovington Blvd, Suite 1010 Uniondale, NY 11553  Telephone No. (516) 248-1700 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Executive Importers, LLC | Rent | 1,161,560.84 |
| Century Sports, Inc. | Secured Note | 3,331,702.41 plus interest* |
| Allen Goldmeier | Sec. Note/Emp. Agmt | 1,022,845.58 plus interest, unliquidated amounts and attorneys fees** |

1 of 4 continuation sheets attached

*Century Sports, Inc. believes that its secured claim is partially unsecured and joins this petition as a partially secured creditor. By joining the petition, Century Sports, Inc. is not waiving any rights it has as a secured creditor which rights are expressly reserved.

**Alen Goldemeier believes that his secured claim is partially unsecured and joins this petition as a partiallysecured creditor. By joining the petition, Century Sports, Inc. is not waiving any rights he has as a securedcreditor which rights are expressly reserved.

Name of Debtor: Rand International, LLC
Case No.: _____

**Involuntary Petition Continuation Schedule**

**Transfer of Claim**
[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003 (a)

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chpater of title 11, United States Code, specified in this petitoin. If any petitioner is a foreign represntative appionted in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is ture and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Steven Goldmeier | x /s/ Gary M. Kushner    Gary M. Kushner |
| Steven Goldmeier     3/3/2010 | Signature of Attorney    Date 3/3/2010 |
| Name of Peitioner    Date Signed | |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Steven Goldmeier, 16 Turnberry Lane, Plainview, NY 11803 | Name of Attorney Firm (If any) Forchelli, Curto, Deegan Schwartz, Mineo, Cohn & Terrana, LLP  Address 333 Earle Ovington, Blvd., Suite 1010, Uniondale, NY 11553   Telephone No. (516) 248-1700 |
| x /s/ Matang Gonzales | x_____ |
| Matang Gonzales     3/3/2010 | Signature of Attorney    Date |
| Name of Peitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Matang Gonzales, 26 Guilds Hollow Rd., Bethlehem, CT 06751 | Address    Telephone No. |
| x /s/ George Gross    George Gross | x_____ |
| G Squared Promotion Ltd.    3/4/2010 | Signature of Attorney    Date |
| Name of Peitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Represntative Capacity: 7620 Yonge St., Unit 300, Thornhill, Ontario L4J 1V9, Canada | Address    Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Goldmeier | Employ. Agmt | $528,762.46 |
| Matang Gonzales | Trade Debt | $21,627.07 |
| G Squared Promotion Ltd. | Trade Debt | $5,000.00 |

2 of 4 continuation sheets attached

Name of Debtor: Rand International, LLC
Case No.: _____

## Involuntary Petition Continuation Schedule

### Transfer of Claim

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003 (a)

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chpater of title 11, United States Code, specified in this petitoin. If any petitioner is a foreign represntative appionted in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is ture and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Scott King    Scott King, CEO | x_____ |
| KKG, Inc. d/b/a Kendal King Group    3/4/2010 | Signature of Attorney    Date |
| Name of Peitioner    Date Signed | |
| Name & Mailing Address of Individual Signing in Represntative Capacity: 1925 Central, Kansas City, MO 64108 | Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ Greg Jordan, CFO | x_____ |
| Club Marketing Services    3/3/2010 | Signature of Attorney    Date |
| Name of Peitioner    Date Signed | |
| Name & Mailing Address of Individual Signing in Represntative Capacity: Club Marketing Services, 411 East Highway 67, P.O. Box 381146, Duncanville, TX 75138 | Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ Louis Umana | x_____ |
| L.V. International    3/4/2010 | Signature of Attorney    Date |
| Name of Peitioner    Date Signed | |
| Name & Mailing Address of Individual Signing in Represntative Capacity: 6343 Lincoln Ave Unit J-2, Buena Part, CA 90620 | Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KKG, Inc. d/b/a Kendal King Group | Trade Debt | $51,023.78 |
| Club Marketing Services | Merchandising | $49,320.67 |
| L.V. International | Trade Debt | $3,500.00 |

3 of 4 continuation sheets attached

Name of Debtor: Rand International, LLC
Case No.: _____

## Involuntary Petition Continuation Schedule

### Transfer of Claim

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003 (a)

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chpater of title 11, United States Code, specified in this petitoin. If any petitioner is a foreign represntative appiointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is ture and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Mark Nuccio, President<br>Design Edge, Inc.          3/5/2010<br>Name of Peitioner      Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Represntative Capacity<br>2174 Hewlett Avenue, Suite 100<br>Merrick, NY 11566 | x_____<br>Signature of Attorney      Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Name of Peitioner      Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Represntative Capacity | x_____<br>Signature of Attorney      Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Name of Peitioner      Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Represntative Capacity | x_____<br>Signature of Attorney      Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Design Edge, Inc. | Trade Debt | $75,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

4 of 4 continuation sheets attached